IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:05CV220
(1:03CR27-4)

| | |
|---|---|
| PATRICIA L. ELLIOTT, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Government's motion for an enlargement of time within which to file its responsive pleading to Petitioner's motion under 28 U.S.C. § 2255.

For the reasons set forth in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the time for responding to the Petitioner's § 2255 motion is extended to and including August 1, 2007.

Signed: July 5, 2007

Lacy H. Thornburg
United States District Judge